# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Saul Ortega Landa,

          Petitioner,

             v.

Kevin Raycraft, in his official capacity as Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; et al.,

          Respondents.

Case No. 25-13738

Honorable Jonathan J.C. Grey

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

    **SO ORDERED.**

Date: December 11, 2025

                               **s/Jonathan J.C. Grey**
                               Hon. Jonathan J.C. Grey
                               United States District Judge

Stipulated and agreed to by:

DeMartini Williams PLC

Jerome F. Gorgon Jr.
United States Attorney

*s/ Joseph Williams (w/ consent)*
Joseph Williams (P88177)
5700 Crooks Rd.
No. 200
Troy, MI 48098
(855) 443-8523
Josephwilliams@jadlawpllc.com

*Counsel for Petitioner*

Dated: December 9, 2025

*s/Zak Toomey*
Zak Toomey (MO61618)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, Michigan 48226
(313) 226-9617
zak.toomey@usdoj.gov

*Counsel for Respondents*

Date: December 9, 2025

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 11, 2025.

s/ S. Osorio
Sandra Osorio
Case Manager